# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DARREL B. MACCARTER and KATHY A. MACCARTER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY and ALL STAR FORD,<br><br>　　　　Defendants. | Case No.  24-cv-01471-BLF<br><br>**JUDGMENT** |

Judgment is hereby entered for Plaintiffs Darrel B. MacCarter and Kathy A. MacCarter and against Defendant Ford Motor Company in accordance with the terms of the Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 made by Defendant Ford Motor Company and accepted by Plaintiffs Darrel B. MacCarter and Kathy A. MacCarter, attached hereto.

Dated:  February 19, 2025

_____
BETH LABSON FREEMAN
United States District Judge